BEFORE THE SECOND DIVISION, JULY 26, 1962

**No. 66936.**—Frank P. Dow Co., Inc. v. United States, protests 58/381 and 58/2377 (Portland, Oreg.).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of hydraulic veneering presses similar in all material respects to those the subject of *W. C. Sullivan & Company* v. *United States* (46 Cust. Ct. 31, C.D. 2229), the claim of the plaintiff was sustained.

**No. 66937.**—Daiichi Bussan Kaisha, Ltd. v. United States, protest 60/2952(A) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon handkerchiefs or woven mufflers similar in use to silk handkerchiefs and woven mufflers and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.